IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Michael Damian Glenn Blocker, <br> # 11-00626, <br><br> Plaintiff, <br><br> v. <br><br> Warden Larry W. Powers; Cpl. Church; <br> Captain Speller; Officer Bobby Snipes; <br> Officer Campbell; Judge J. Derham Cole; <br> Public Defender James Cheeks, and <br> Officer Miss Caesar, <br><br> Defendants. | C.A. No. 1:11-cv-01203-JMC <br><br> **ORDER** |

This matter is before the court on the Magistrate Judge's Report and Recommendation [Doc. 21]. Plaintiff was a pretrial detainee incarcerated at Spartanburg County Detention Center ("SCDC") at the time of the Report and Recommendation. In his Complaint [Doc. 1], Plaintiff alleged various claims for violations of his constitutional rights pursuant to 42 U.S.C. § 1983. The Magistrate Judge's Report and Recommendation [Doc. 21], filed on September 7, 2011, recommends that the court dismiss the Complaint without prejudice and without issuance and service of process as to certain Defendants and grant service of process on the remaining Defendants, and dismiss certain allegations of the Complaint.. The Report and Recommendation sets forth in detail the relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's recommendation herein without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge

1

makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report and Recommendation [Doc. 21 at 1]. However, Plaintiff filed no objections to the Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation [Doc. 21]. It is therefore **ORDERED** that Plaintiff's Complaint [Doc. 1] is **DISMISSED** as to Defendants Judge J. Derham

Cole and Public Defender James Cheeks in the above-captioned case without prejudice and without issuance and service of process. Furthermore, service of process on the remaining defendants is **GRANTED** based on his allegations regarding interference with his mail. Finally, the allegations regarding racial epithets, denial of access to law books or the right to go to court, denial of the right to obtain a GED, and complaints as to pod placement are **DISMISSED**.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

Greenville, South Carolina
October 18, 2011