AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Michael Damian Glenn Blocker,
*Plaintiff*

v.  )  Civil Action No.  1:11-cv-1203-JMC
)
Warden Larry W Powers; Cpl Church; Captain  )
Speller; Officer Bobby Snipes; Officer Campbell;  )
Judge J. Derham Cole; Public Defender James  )
Cheeks; Officer Miss Caesar,
*Defendant*s

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Michael Damian Glenn Blocker, shall take nothing of the defendants; Judge J. Derham Cole and Public Defender James Cheeks; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

■ other: the plaintiff, Michael Damian Glenn Blocker, shall take nothing of the defendants; Warden Larry W. Powers, Cpl. Church, Officer Bobby Snipes, Officer Campbell, and Officer Miss Caesar; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint as to defendants Judge J. Derham Cole and Public Defender James Cheeks without prejudice.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint as to defendants Warden Larry W. Powers, Cpl. Church, Officer Bobby Snipes, Officer Campbell, and Officer Miss Caesar with prejudice.

Date:  April 9, 2012                                       *CLERK OF COURT*

                                                          s/A. Buckingham
                                                     *Signature of Clerk or Deputy Clerk*